# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Tiffaney L. Mayes, Wanda J. Jackson, Roshawnda Simpson, Angela Y. Bouknight, Bernetta Lewis, Doretha Montgomery, Annette Walker, Emma Seibles, Lorna Gladden, Frenchie Hannah, Mary McClellan, Torey McClellan, Heather Davis, Dianne C. Williams, Taneshia Lewis and Tonia Armoni,<br>*Plaintiffs*<br>v.<br>Excelsior Ambulance Service, Inc., James A. Graham, M.D.,<br>*Defendants* | Civil Action No. 3:17-02358-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiffs take nothing of the Defendants and this case is dismissed as moot for lack of subject-matter jurisdiction.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having dismissed as moot the Plaintiffs' Complaint.

Date: March 19, 2019

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*